No. 974. ROSENTHAL *v.* LANGLEY ET AL. Motion submitted May 18, 1935. Decided May 27, 1935. *Per Curiam:* The motion for leave to proceed further in *forma pauperis* is denied. The motion to dismiss the appeal herein is granted and the appeal is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Ben E. Pierce* for appellant. No appearance for appellees.

No. —, original. EX PARTE ALEOGRAPH Co. May 27, 1935. The motion for leave to file petition for writ of mandamus is denied. *Messrs. R. L. Batts* and *Frank H. Booth* for petitioner.